REDACTED

JS 45 (11/2002)

# Criminal Case Cover Sheet                                             U.S. District Court

| Place of Offense: | Under Seal: Yes ☐ No ☒ | Judge Assigned: |
|---|---|---|
| City: EDVA | Criminal Complaint: | Criminal Number: 2:23cr 35 |
| County/Parish: | Same Defendant: | New Defendant: Whitteney Guyton |
| | Magistrate Judge Case Number: | Arraignment Date: |
| | Search Warrant Case Number: | Summons to appear April 1, 2023 |
| | R 20/R 40 from District of _____ . | |

## Defendant Information:

| Juvenile: Yes ☐ No ☒ | FBI# ---- | | |
|---|---|---|---|
| Defendant Name: Whitteney Guyton | | Alias Name(s): | |
| Address: Suffolk, VA 23435 | | | |
| Birth Date: 1981 | SS#: 1996 | Sex: Female | Race: black | Nationality: | Place of Birth: |
| Height: | Weight: s | Hair: black | Eyes: brown | Scars/Tattoos: |
| Interpreter: Yes ☐ No ☒ | List Language and/or dialect: | | |

## Location Status:

| Arrest Date: | |
|---|---|
| ☐ Already in Federal Custody as of: in | |

| ☐ Already in State Custody | ☐ On Pretrial Release | ☒ Not in Custody |
|---|---|---|
| ☐ Arrest Warrant Requested | ☐ Fugitive | ☒ Summons Requested |
| ☐ Arrest Warrant Pending | ☐ Detention Sought | ☐ Bond |

## Defense Counsel Information:

| Name: James Broccoletti | ☐ Court Appointed |
|---|---|
| Address: | ☒ Retained |
| Telephone: | ☐ Public Defender |
| Email: | ☐ Office of Federal Public Defender should not be appointed due to conflict of interest |
| | ☐ CJA attorney: _____ should not be appointed due to conflict of interest |

## U.S. Attorney Information:

| AUSA: Elizabeth Yusi | Telephone No. 757-441-6331 | Bar #: 91982 |
|---|---|---|

### Complainant Agency, Address & Phone Number or Person & Title:

HHS SA Tameka Williams 804-412-8782

### U.S.C. Citations:

| | Code/Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|---|
| Set 1 | 18 U.S.C. § 1347 | Health Care Fraud | 1 | Felony |
| Set 2 | 18 U.S.C. § 1035 | False Statements Relating to Health Care Matter | 2-9 | Felony |
| Set 3 | 18 U.S.C. § 1028A | Aggravated Identity Theft | 10-11 | Felony |
| Set 4 | | Criminal Forfeiture | | |