IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

UNITED STATES OF AMERICA,

v.     Criminal Action No. 2:23cr35

WHITTENEY GUYTON,
       Defendant.

## ORDER

This matter comes before the Court on its own initiative. On January 2, 2024, the Court granted two unopposed motions filed by the defendant, Whitteney Guyton: a motion to determine Guyton's mental competency and a motion to continue the trial. Guyton has since clarified that she does not seek an evaluation by the Bureau of Prisons but instead seeks an evaluation by an outpatient provider pursuant to 18 U.S.C. § 4241(a).

Accordingly, the Court VACATES its January 2, 2024 Order. (ECF No. 24.) The Court DIRECTS Guyton to file an amended motion specifying a provider she requests the Court to designate as the examiner. *See* 18 U.S.C. § 4247(b).

It is so ORDERED.

Let the Clerk send a copy of this Order to all counsel of record.

Date: 5 January 2024
Richmond, Virginia

/s/
John A. Gibney, Jr.
Senior United States District Judge