IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

**UNITED STATES OF AMERICA,**

v.  Criminal No.: 2:23-cr-35

**WHITTENEY GUYTON,**

      **Defendant,**

## WAIVER OF JURY TRIAL

COMES NOW the defendant, Whitteney Guyton, by counsel, pursuant to Federal Ruled of Criminal Procedure 23 and waives her right to have her case tried by a jury and elects to proceed to trial with the Court and no jury. Ms. Guyton acknowledgment of her rights and waiver of jury.

Respectfully submitted,

WHITTENEY GUYTON

By Counsel

_____/s/_____
James O. Broccoletti, Esquire
VSB# 17869
ZOBY & BROCCOLETTI, P.C.
6663 Stoney Point South
Norfolk, VA 23502
(757) 466-0750
(757) 466-5026
james@zobybroccoletti.com

1

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 12th day of April, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Elizabeth M. Yusi
United States Attorney
Eastern District of Virginia
101 W. Main Street Ste 8000
Norfolk, VA 23510
757-441-3674
elizabeth.yusi@usdoj.gov

                                         /s/
                        James O. Broccoletti, Esquire
                        VSB# 17869
                        ZOBY & BROCCOLETTI, P.C.
                        6663 Stoney Point South
                        Norfolk, VA 23502
                        (757) 466-0750
                        (757) 466-5026
                        james@zobybroccoletti.com