IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

UNITED STATES OF AMERICA,

v.  Criminal Action No. 2:23cr35

WHITTENEY GUYTON,
        Defendant.

## ORDER

This matter comes before the Court on its own initiative. On April 12, 2024, the defendant, Whitteney Guyton, filed a notice with the Court waiving her right to a jury trial pursuant to Federal Rule of Criminal Procedure 23. (ECF No. 31.) The same day, the Court held a competency hearing and found Guyton competent to proceed to trial. At the hearing, the government consented to a bench trial. The Court now APPROVES Guyton's waiver of her right to a jury trial. *See* Fed. R. Crim. P. 23(a)(3). Accordingly, the Court SETS a bench trial for **August 26–30, 2024**.[1] The trial will begin each day at 9:00 a.m. All other deadlines in the initial pretrial order issued April 12, 2023, remain in effect. (*See* ECF No. 16.)

It is so ORDERED.

Let the Clerk send a copy of this Order to all counsel of record.

Date: 15 April 2024
Richmond, VA

/s/
John A. Gibney, Jr.
Senior United States District Judge

---

[1] On April 12, 2023, and on September 1, 2023, the Court certified this case as complex pursuant to 18 U.S.C. § 3161(h)(7)(B)(ii) and set the former trial dates outside the Speedy Trial deadline. (ECF Nos. 16, 21.) For the reasons stated those orders, the Court continues to find that the ends of justice served by setting a trial date beyond the Speedy Trial deadline outweigh the best interest of the public and the defendant in a speedy trial. *See* 18 U.S.C. §§ 3161(h)(7)(B)(i), (ii).