**IN THE UNITED STATES DISTRICT COURT FOR THE**
**EASTERN DISTRICT OF VIRGINIA**
**Norfolk Division**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **Criminal No. 2:23cr35** |
| | ) | |
| **WHITTENEY GUYTON,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**DISMISSAL OF COUNTS TEN AND ELEVEN PURSUANT TO RULE 48(a)**

Pursuant to FED. R. CRIM. P. 48(a), the United States of America, by and through its

attorneys, Jessica D. Aber, United States Attorney for the Eastern District of Virginia, and

Elizabeth M. Yusi and Clayton D. LaForge, Assistant United States Attorney, hereby files a

dismissal of Counts Ten and Eleven of the indictment in the above-captioned case.

Respectfully submitted,

Jessica D. Aber
United States Attorney

By:         /s/
Elizabeth M. Yusi
Clayton D. LaForge
Assistant United States Attorney
Attorney for the United States
United States Attorney's Office
101 West Main Street, Suite 8000
Norfolk, VA 23510
Office Number:   757-441-6331
Facsimile Number: 757-441-6689
E-Mail Address: elizabeth.yusi@usdoj.gov

Leave of Court is hereby granted to file the above-referenced dismissal of Counts Ten and
Eleven of the indictment.

THE HONORABLE JOHN A GIBNEY
SENIOR UNITED STATE DISTRICT JUDGE