AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| United States of America | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 2:23-CR-35 |
| Whitteney Guyton | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

United States of America.

Date: 08/20/2024

/s/ Clayton D. LaForge
*Attorney's signature*

Clayton D. LaForge, Virginia Bar No. 84075
*Printed name and bar number*

U.S. Attorney's Office
101 West Main Street, Suite 8000
Norfolk, VA 23510
*Address*

clayton.laforge@usdoj.gov
*E-mail address*

(757) 441-6331
*Telephone number*

(757) 441-6689
*FAX number*