AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
### for the
Eastern District of Virginia

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No. 2:23-cr-35 |
| Whitteney Guyton | ) |
| *Defendant* | ) |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:
Gail Jones (TAMS)

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | Walter E. Hoffmman U.S. Courthouse<br>600 Granby Street<br>Norfolk, VA 23510 | Courtroom No.: | Courtroom t/b/d |
|---|---|---|---|
| | | Date and Time: | 08/26/2024 9:00 am |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

*(SEAL)*

Date:   06/24/2024

*CLERK OF COURT*

_____
*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*   U.S.A
_____ , who requests this subpoena, are:

Elizabeth Yusi, AUSA
(757) 441-6331

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No. 2:23-cr-35

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)*  Gail Jones

was received by me on *(date)*  7/2/24 .

☒ I served the subpoena by delivering a copy to the named person as follows:  via email

on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00 .

I declare under penalty of perjury that this information is true.

Date:  7/26/24

_____
*Server's signature*

Tamita Williams   Special Agent
*Printed name and title*

400 N 8th St Ste 800
Richmond  VA 23219
*Server's address*

Additional information regarding attempted service, etc:

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. 2:23-cr-35 |
| ) | |
| Whitteney Guyton ) | |
| *Defendant* ) | |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To: Frederick McKinnon

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | Walter E. Hoffmman U.S. Courthouse 600 Granby Street Norfolk, VA 23510 | Courtroom No.: | Courtroom t/b/d |
|---|---|---|---|
| | | Date and Time: | 08/26/2024 9:00 am |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

*(SEAL)*

Date: 06/24/2024

*CLERK OF COURT*

*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* _____ U.S.A _____ , who requests this subpoena, are:

Elizabeth Yusi, AUSA
(757) 441-6331

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.   2:23-cr-35

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* Frederick McKinnon
was received by me on *(date)* 7/2/24 .

☒ I served the subpoena by delivering a copy to the named person as follows: Frederick McKinnon

_____ on *(date)* 7/29/24 ; or

☐ I returned the subpoena unexecuted because: _____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 7/29/24

_____
*Server's signature*

Tameka Williams, Special Agent
*Printed name and title*

400 N 8th St Ste 514
Richmond VA 23219
*Server's address*

Additional information regarding attempted service, etc:

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
### for the

Eastern District of Virginia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No.  2:23-cr-35 |
| Whitteney Guyton | ) | |
| *Defendant* | ) | |

### SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:  Denise Reese

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case.  When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | Walter E. Hoffmman U.S. Courthouse 600 Granby Street Norfolk, VA 23510 | Courtroom No.: | Courtroom t/b/d |
|---|---|---|---|
| | | Date and Time: | 08/26/2024 9:00 am |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

*(SEAL)*

Date:  06/24/2024

CLERK OF COURT

_____
*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*     U.S.A
_____ , who requests this subpoena, are:

Elizabeth Yusi, AUSA
(757) 441-6331

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.   2:23-cr-35

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)*   Denise   Reese

was received by me on *(date)*   7/2/24   .

☒ I served the subpoena by delivering a copy to the named person as follows:   via email

_____   on *(date)*   8/16/24   ; or

☐ I returned the subpoena unexecuted because: _____

.

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____   .

My fees are $ _____   for travel and $ _____   for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:   8/16/24

Yameka Williams
*Server's signature*

Tameka Williams   Special Agent
*Printed name and title*

400 N 8th St Ste 514
Richmond VA 23219
*Server's address*

Additional information regarding attempted service, etc:

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. 2:23-cr-35 |
| ) | |
| Whitteney Guyton ) | |
| *Defendant* ) | |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To: Tracy Watts

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | Walter E. Hoffmman U.S. Courthouse 600 Granby Street Norfolk, VA 23510 | Courtroom No.: | Courtroom t/b/d |
|---|---|---|---|
| | | Date and Time: | 08/26/2024 9:00 am |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

*(SEAL)*

Date: 06/24/2024

*CLERK OF COURT*

_____
*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*  U.S.A
_____ , who requests this subpoena, are:

Elizabeth Yusi, AUSA
(757) 441-6331

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.  2:23-cr-35

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)*  Tracy Watts
was received by me on *(date)*  7-2-24 .

☑ I served the subpoena by delivering a copy to the named person as follows:  via email

on *(date)*  8-21-24 ; or

☐ I returned the subpoena unexecuted because:

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00 .

I declare under penalty of perjury that this information is true.

Date:  8-21-24

Yameka Williams
*Server's signature*

Tameka Williams  Special Agent
*Printed name and title*

700 N 8th St Ste 514
Richmond VA 23219
*Server's address*

Additional information regarding attempted service, etc:

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No.  2:23-cr-35 |
| Whitteney Guyton | ) |
| *Defendant* | ) |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To: Terrance Britton

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | Walter E. Hoffmman U.S. Courthouse | Courtroom No.: | Courtroom t/b/d |
|---|---|---|---|
| | 600 Granby Street | Date and Time: | |
| | Norfolk, VA 23510 | | 08/26/2024 9:00 am |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

*(SEAL)*

Date:  06/24/2024

*CLERK OF COURT*

_____

*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*      U.S.A
_____ , who requests this subpoena, are:

Elizabeth Yusi, AUSA
(757) 441-6331

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.   2:23-cr-35

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)*  Terrance Britton

was received by me on *(date)*  7/2/24 .

☑ I served the subpoena by delivering a copy to the named person as follows:  Via email

on *(date)*  7/25/24 ; or

☐ I returned the subpoena unexecuted because:

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 7/25/24

Server's signature

Tameka Williams Special Agent
*Printed name and title*

400 N 8th St Ste 514
Richmond VA 23219
*Server's address*

Additional information regarding attempted service, etc:

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

| | |
|---|---|
| United States of America | ) |
| v. | ) |
|  | )  Case No.  2:23-cr-35 |
| Whitteney Guyton | ) |
| *Defendant* | ) |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:  Tracy Watts

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case.  When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | Walter E. Hoffmman U.S. Courthouse 600 Granby Street Norfolk, VA 23510 | Courtroom No.: | Courtroom t/b/d |
|---|---|---|---|
| | | Date and Time: | 08/26/2024 9:00 am |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

*(SEAL)*

Date:  06/24/2024

CLERK OF COURT

_____
*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*  U.S.A
_____ , who requests this subpoena, are:

Elizabeth Yusi, AUSA
(757) 441-6331

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.   2:23-cr-35

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)*  Tracy Watts
was received by me on *(date)*  7/2/24  .

☑ I served the subpoena by delivering a copy to the named person as follows:  Tracy Watts

_____  on *(date)*  7/23/24  ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____  .

My fees are $ _____  for travel and $ _____  for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date: 7/23/24  _____

_____
Server's signature

Tameka Williams  Special Agent
Printed name and title

400 N 8th St Ste 5H
Richmond  VA 23219
Server's address

Additional information regarding attempted service, etc:

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia

United States of America )
v. )
) Case No. 2:23-cr-35
Whitteney Guyton )
*Defendant* )

### SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To: Darnetta Armistead

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | Walter E. Hoffmman U.S. Courthouse 600 Granby Street Norfolk, VA 23510 | Courtroom No.: | Courtroom t/b/d |
| | | Date and Time: | 08/26/2024 9:00 am |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

*(SEAL)*

Date:   06/24/2024

CLERK OF COURT

_____
*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*   U.S.A
_____ , who requests this subpoena, are:

Elizabeth Yusi, AUSA
(757) 441-6331

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.   2:23-cr-35

# PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)*   Darnetta Armstead

was received by me on *(date)*   7-2-24   .

☑ I served the subpoena by delivering a copy to the named person as follows:   Darnetta Armstead

_____   on *(date)*   7-29-24   ; or

☐ I returned the subpoena unexecuted because: _____

_____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____   .

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: 7-29-24

_____
*Server's signature*

Tameka Williams   Special Agent
*Printed name and title*

400 N 8th St Ste 5H

Richmond VA 23219
*Server's address*

Additional information regarding attempted service, etc:

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No.  2:23-cr-35 |
| Whitteney Guyton | ) |
| *Defendant* | ) |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:

Myra Smith

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case.  When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | Walter E. Hoffmman U.S. Courthouse 600 Granby Street Norfolk, VA 23510 | Courtroom No.: | Courtroom t/b/d |
|---|---|---|---|
| | | Date and Time: | 08/26/2024 9:00 am |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

*(SEAL)*

Date:   06/24/2024

CLERK OF COURT

_____
*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*    U.S.A

_____ , who requests this subpoena, are:

Elizabeth Yusi, AUSA
(757) 441-6331

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.   2:23-cr-35

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)*   Myra Smith

was received by me on *(date)*   7-2-24   .

☑ I served the subpoena by delivering a copy to the named person as follows:   via email.

_____   on *(date)*   7/26/24   ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:  7/26/24

_____
*Server's signature*

Tameka Williams  Special Agent
*Printed name and title*

400 N 8th St  Ste 514
Richmond VA 23219
*Server's address*

Additional information regarding attempted service, etc:

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No.  2:23-cr-35 |
| Whitteney Guyton | ) |
| *Defendant* | ) |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:
Sonia Barnett-Letter

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | Walter E. Hoffmman U.S. Courthouse 600 Granby Street Norfolk, VA 23510 | Courtroom No.: | Courtroom t/b/d |
|---|---|---|---|
| | | Date and Time: | 08/26/2024 9:00 am |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

*(SEAL)*

Date:  06/24/2024

CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*  U.S.A
_____ , who requests this subpoena, are:

Elizabeth Yusi, AUSA
(757) 441-6331

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.   2:23-cr-35

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)*  Sonia Barnett-Ketter

was received by me on *(date)*  7/2/24  .

☒ I served the subpoena by delivering a copy to the named person as follows:  via email

sbketter@gmail.com                                on *(date)*  7/23/24          ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____  .

My fees are $ _____  for travel and $ _____  for services, for a total of $   0.00  .

I declare under penalty of perjury that this information is true.

Date: 7/23/24                         Uanlleghw
                                    *Server's signature*

                        Tameta Williams, Special Agent
                                    *Printed name and title*

                        400 N 8th St Ste 514
                        Richmond   VA  23219
                                    *Server's address*

Additional information regarding attempted service, etc:

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. 2:23-cr-35 |
| Whitteney Guyton | ) | |
| *Defendant* | ) | |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To: Jamie Johnson

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | Walter E. Hoffmman U.S. Courthouse 600 Granby Street Norfolk, VA 23510 | Courtroom No.: | Courtroom t/b/d |
|---|---|---|---|
| | | Date and Time: | 08/26/2024 9:00 am |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

*(SEAL)*

Date: 06/24/2024

*CLERK OF COURT*

*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*      U.S.A
_____ , who requests this subpoena, are:

Elizabeth Yusi, AUSA
(757) 441-6331

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.   2:23-cr-35

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)*  Jamie  Johnson

was received by me on *(date)*  7/2/24  .

☒ I served the subpoena by delivering a copy to the named person as follows:  Jamie Johnson

_____ on *(date)*  7/26/24  ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____  .

My fees are $ _____  for travel and $ _____  for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date:  7/26/24 _____

_____
*Server's signature*

Tameka Williams  Special  Agent
*Printed name and title*

400 N 8th St Ste 514
Richmond  VA  23219
*Server's address*

Additional information regarding attempted service, etc:

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No.  2:23-cr-35 |
| Whitteney Guyton | ) |
| *Defendant* | ) |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To: Nakeshia Mouzon

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case.  When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | Walter E. Hoffmman U.S. Courthouse | Courtroom No.: | Courtroom t/b/d |
|---|---|---|---|
| | 600 Granby Street | Date and Time: | 08/26/2024 9:00 am |
| | Norfolk, VA 23510 | | |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

*(SEAL)*

Date:    06/24/2024

*CLERK OF COURT*

_____
*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*    U.S.A
_____ , who requests this subpoena, are:

Elizabeth Yusi, AUSA
(757) 441-6331

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.   2:23-cr-35

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)*   Nakeshia Mouzon

was received by me on *(date)*   7-2-24   .

☒ I served the subpoena by delivering a copy to the named person as follows:   Via email

_____   on *(date)*   7/30/24   ; or

☐ I returned the subpoena unexecuted because: _____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:  7/30/24 _____

_____
*Server's signature*

Tameka Williams, Special Agent
*Printed name and title*
400 N 8th St. 8te 514

Richmond VA 23219
_____
*Server's address*

Additional information regarding attempted service, etc:

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. 2:23-cr-35 |
| Whitteney Guyton ) | |
| *Defendant* ) | |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:  Melissa   Wilson - Baskett

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case.  When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | Walter E. Hoffmman U.S. Courthouse 600 Granby Street Norfolk, VA 23510 | Courtroom No.: | Courtroom t/b/d |
|---|---|---|---|
| | | Date and Time: | 08/26/2024 9:00 am |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

*(SEAL)*

Date:  06/24/2024

*CLERK OF COURT*

_____
*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*  U.S.A
_____ , who requests this subpoena, are:

Elizabeth Yusi, AUSA
(757) 441-6331

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No. 2:23-cr-35

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* Melissa Wilson -Baskett
was received by me on *(date)* 7/2/24 .

☒ I served the subpoena by delivering a copy to the named person as follows: Ursula
Wilson - Baskett
on *(date)* 7/29/24 ; or

☐ I returned the subpoena unexecuted because:

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of
$ .

My fees are $ for travel and $ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 7/29/24

Tamela Williams
*Server's signature*

Tamela Williams  Special Agent
*Printed name and title*

1100 N 8th St Ste 514
Richmond VA 23219
*Server's address*

Additional information regarding attempted service, etc:

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
### for the
Eastern District of Virginia

| | |
|---|---|
| United States of America<br>v.<br><br>Whitteney Guyton<br>*Defendant* | )<br>)<br>)  Case No.  2:23-cr-35<br>)<br>) |

### SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To: Parish Smith Boone

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case.  When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | Walter E. Hoffmman U.S. Courthouse<br>600 Granby Street<br>Norfolk, VA 23510 | Courtroom No.: | Courtroom t/b/d |
|---|---|---|---|
| | | Date and Time: | 08/26/2024 9:00 am |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

*(SEAL)*

Date:   06/24/2024

CLERK OF COURT

_____
*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*  _____U.S.A_____
_____ , who requests this subpoena, are:

Elizabeth Yusi, AUSA
(757) 441-6331

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.   2:23-cr-35

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)*  Parish  Smith Boone

was received by me on *(date)*  7-2-24  .

☒  I served the subpoena by delivering a copy to the named person as follows:  Via email

on *(date)*  8/9/24  ; or

☐  I returned the subpoena unexecuted because:

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$

My fees are $  for travel and $  for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date:  8/9/24

*Server's signature*

Tameka Williams Special Agent
*Printed name and title*

400 N 8th St Ste 514
Richmond VA 23219
*Server's address*

Additional information regarding attempted service, etc:

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
### for the

Eastern District of Virginia

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No.  2:23-cr-35 |
| Whitteney Guyton ) | |
| *Defendant* ) | |

### SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:  Arielle Thatch

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case.  When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | Walter E. Hoffmman U.S. Courthouse 600 Granby Street Norfolk, VA 23510 | Courtroom No.: | Courtroom t/b/d |
|---|---|---|---|
| | | Date and Time: | 08/26/2024 9:00 am |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

*(SEAL)*

Date:  06/24/2024

*CLERK OF COURT*

_____
*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*  U.S.A  _____ , who requests this subpoena, are:

Elizabeth Yusi, AUSA
(757) 441-6331

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.  2:23-cr-35

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* Arielle Thatch
was received by me on *(date)* 7/2/24 .

☑ I served the subpoena by delivering a copy to the named person as follows: via email

on *(date)* 8/9/24 ; or

☐ I returned the subpoena unexecuted because:

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of
$ .

My fees are $ for travel and $ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 8/9/24

Tameka Williams
*Server's signature*

Tameka Williams   Special Agent
*Printed name and title*

400 N 8th St. Ste 514
Richmond  VA  23219
*Server's address*

Additional information regarding attempted service, etc:

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Virginia

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No. 2:23-cr-35 |
| Whitteney Guyton | ) |
| *Defendant* | ) |

### SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To: Wendy Bohannon

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | Walter E. Hoffmman U.S. Courthouse<br>600 Granby Street<br>Norfolk, VA 23510 | Courtroom No.: | Courtroom t/b/d |
|---|---|---|---|
| | | Date and Time: | 08/26/2024 9:00 am |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

*(SEAL)*

Date: 06/24/2024

*CLERK OF COURT*

_____
*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* _____ U.S.A
_____ , who requests this subpoena, are:

Elizabeth Yusi, AUSA
(757) 441-6331

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.   2:23-cr-35

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)*  Wendy Bohannon

was received by me on *(date)*  7/2/24  .

☑ I served the subpoena by delivering a copy to the named person as follows:  via email

_____ on *(date)*  7/30/24  ; or

☐ I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date:  7/30/24

Yanella Wit

*Server's signature*

Tameka Williams  Special Agent

*Printed name and title*

400 N 8th St Ste 514

Richmond VA 23219

*Server's address*

Additional information regarding attempted service, etc:

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

| United States of America | ) |  |
|---|---|---|
| v. | ) |  |
|  | ) | Case No.  2:23-cr-35 |
| Whitteney Guyton | ) |  |
| *Defendant* | ) |  |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:   Lisa Jobe - Shields, Ph D

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case.  When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | Walter E. Hoffmman U.S. Courthouse<br>600 Granby Street<br>Norfolk, VA 23510 | Courtroom No.: | Courtroom t/b/d |
|---|---|---|---|
|  |  | Date and Time: | 08/26/2024 9:00 am |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

*(SEAL)*

Date:   06/24/2024

CLERK OF COURT

_____
*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*   U.S.A
_____ , who requests this subpoena, are:

Elizabeth Yusi, AUSA
(757) 441-6331

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.   2:23-cr-35

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* _Lisa   Jobe  Shields_

was received by me on *(date)* _7/2/24_ .

☒ I served the subpoena by delivering a copy to the named person as follows: _Lisa  Jobe  Shields_
_via  email_

_____ on *(date)* _8/14/24_ ; or

☐ I returned the subpoena unexecuted because: _____

_____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _0.00_ .

I declare under penalty of perjury that this information is true.

Date: _8/14/24_

_Yann (signature)_
                                                                    *Server's signature*

_Tameka Williams  Special Agent_
                                                                    *Printed name and title*

_400 N 8th St  Ste 514_
_Richmond   VA  23219_
                                                                    *Server's address*

Additional information regarding attempted service, etc:

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No. 2:23-cr-35 |
| Whitteney Guyton | ) |
| *Defendant* | ) |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To: Pat Arevalo

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | Walter E. Hoffmman U.S. Courthouse 600 Granby Street Norfolk, VA 23510 | Courtroom No.: | Courtroom t/b/d |
|---|---|---|---|
| | | Date and Time: | 08/26/2024 9:00 am |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

*(SEAL)*

Date: 06/24/2024

CLERK OF COURT

_____
*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* _____ U.S.A
_____ , who requests this subpoena, are:

Elizabeth Yusi, AUSA
(757) 441-6331

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.   2:23-cr-35

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)*   Pat   Arevalo

was received by me on *(date)*   7/2/24   .

☒ I served the subpoena by delivering a copy to the named person as follows:   Via email

on *(date)*   8/14/24   ; or

☐ I returned the subpoena unexecuted because:

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____   for travel and $ _____   for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:   8/14/24

Yameka Wells

*Server's signature*

Tameka Williams   Special Agent

*Printed name and title*

400 N 8th St Ste 5H
Richmond VA 23219

*Server's address*

Additional information regarding attempted service, etc: