IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

UNITED STATES OF AMERICA,

v.  Criminal Action No. 2:23-cr-35

WHITTENEY GUYTON,
      Defendant.

## ORDER

This matter comes before the Court on a motion to withdraw filed by defense counsel, James O. Broccoletti, Esq. (ECF No. 46.) After discussing the Court's calendar, the parties consented to a United States Magistrate Judge handling this matter. The Court, therefore, REFERS the motion to a United States Magistrate Judge. (*Id.*)

It is so ORDERED.

Let the Clerk send a copy of this Order to all counsel of record.

/s/
John A. Gibney, Jr.
Senior United States District Judge

Date: 19 September 2024
Richmond, VA