# Criminal Minutes

Time Set:       2:00 p.m.
Start Time:     2:08 p.m.
End Time:       2:21 p.m.

| United States | Criminal Case Number: | 2:23cr35 |
|---|---|---|
| (  ) Plaintiff  ( x ) Government | Date: | 9/24/2024 |
| vs. | Presiding Judge: | Douglas E. Miller |
|  | Court Reporter | FTR |
| Whitteney Guyton | Courtroom Deputy: | C. Dodge |
| Defendant(s) | | |

Proceedings:   Matter came on for hearing on pending motion to withdraw as counsel (#46). Present were Clayton LaForge, AUSA on behalf of the United States and James Broccoletti, retained counsel present on behalf of the defendant. Defendant present in custody.

Counsel indicated on the record the reasons for the motion. The defendant concurs with the reasons and that the relationship is broken and she needs new counsel.

The motion is GRANTED. Mr. Broccoletti is relieved from the case.

The defendant requested court appointed counsel and completed the financial affidavit. Court GRANTED the appointment of counsel and directed the clerk to appoint new counsel. If there is no conflict the Federal Public Defender will be appointed and the matter is still currently set for sentencing on 1/10/25 at 10:00 am.

Defendant remanded to USM custody.

Hearing adjourned.