| Row Labels | Sum of debit amount |
| --- | --- |
| Delta | 10206.19 |
| Carnival Cruise Tkt/Re Miami | 8369.72 |
| Hilton Garden Inn Suffolk | 6814.97 |
| Carnival Cruise Tkt | 4865.41 |
| United | 4689.66 |
| Uber | 3137.32 |
| American | 3125.05 |
| Hotel Windsor | 3078.44 |
| Moderne Hotel New York | 2785.28 |
| American | 2699.65 |
| Spirit A | 2331.48 |
| Southwest Airlines | 2110.41 |
| Carnival Shore Excursion | 1664.82 |
| Sensation Sail & Sign Miami | 1512.85 |
| Courtyard by Marriott Suffolk | 1421.04 |
| Belvedere Hotel New York | 1367.8 |
| Amtrak | 1224 |
| Expedia | 1194.61 |
| Bahamas Paradise Cruise | 1134.69 |
| Hyatt Place Chicago | 1105.21 |
| GalaHotels.com Instanbul | 1068 |
| Hilton Garden Inn Wilkes Barre | 1054.42 |
| H Hotel LAX | 999.69 |
| Ashworths Limo Service | 975 |
| NJ Hotel Front Desk | 936.12 |
| Wyndham Virginia Beach | 723.36 |
| Wyndham Garden Greensboro | 647.41 |
| Jefferson Hotel | 642.09 |
| Travelers Personal Insurance | 626 |
| Meridien Hotels | 535.06 |
| Hyatt Regency | 498.24 |
| Meridien Hotels Oak Brook | 483.48 |
| Radisson Hotel and Conf Green Bay | 448.14 |
| Le Madrigal 02 | 441.76 |
| Cruises New York to New York | 413 |
| Orbitz | 396.92 |
| Aria Front Desk Las Vegas | 353.44 |
| Airlift Limousine | 223.82 |
| Travevl Insurance | 214.97 |
| Norfolk Airport Parking | 210 |
| O Hare Te o Ha | 176.39 |
| Hilton Garden Inn Oakbrooke | 173.44 |
| Hilton Norfolk | 163.28 |
| United | 159.2 |

| | |
|---|---:|
| Hilton Garden Inn Merrillville | 141.19 |
| Travel Traders | 112.52 |
| Radisson Conference | 103 |
| Le Meridien Chicago | 97.2 |
| Greyhound Lines | 89 |
| Cosmopolitan The Henry | 88.69 |
| Spirit Airlines | 69 |
| Taxi | 52.87 |
| Fort Lauderdale Airport | 51.44 |
| Uber | 35.45 |
| SGJJ Airport | 35.1 |
| Uber Uber | 28.79 |
| Travel Insurance Policy | 27.48 |
| Air Host | 16.33 |
| City of Miami Beach | 16 |
| Radisson Banquets | 16 |
| Taxi Svc | 15.33 |
| Hilton Farden Inn F&B | 14.36 |
| www.gogoair.com | 10 |
| DC Parking Meters | 8.14 |
| ATL Airport | 1.93 |
| RBT Courtyard By Marriott | 0.08 |
| **Grand Total** | **78431.73** |

Cars

| Row Labels | Sum of debit amount |
| --- | --- |
| Mercedes Benz of VA Bch | 9641.64 |
| Sq*Dialetik Dips | 3520.4 |
| Southern Dodge Chrysler | 3000 |
| Tidewater Motor Credit Virginia Beach | 2461.87 |
| Select Imports | 2000 |
| Discount Tire 6204 Suffolk | 1973.56 |
| Hurdles Auto & Towing | 1088.33 |
| Tidewaterf Motor Credit | 810 |
| Discount Tire Co | 403.22 |
| Priority Ford | 325.41 |
| Discount 6204 Suffolk | 322.58 |
| Oreilly Auto | 308.07 |
| Advance Auto Parts | 258 |
| Paypal*HighendMotors | 184.95 |
| BKS Automotive | 175 |
| Premier Autosound | 89.81 |
| Progressive Leasing | 83.74 |
| Goodyear Auto Serv | 64.61 |
| **Grand Total** | **26711.19** |

Trips

- **2017** Trip to National Harbor/NOVA
  - Bahamas/Miami Cruise
- **2018** NYC
  - ATL
  - Green Bay
  - Illinois
  - Illinois
  - PA
  - NYC
  - Canada
  - France
- **2019** New Orleans
  - 3 Cruises
  - LAX to Mexico
  - Somethng in the Water Festival
- **2020** Juarez Mexico

Electronics and Home Improvement

| Row Labels | Sum of debit amount |
| --- | --- |
| Best Buy | 20090.35 |
| Wayfair | 18800.43 |
| Lowe's | 14974.59 |
| Haynes Home Furnishing | 12180.81 |
| Havertys | 10015.07 |
| Brad's Home Center | 6660.06 |
| Select Comfort 259 | 6209.2 |
| Value City | 5532.7 |
| Homegoods | 4903.15 |
| Restoration Hardware | 4063.7 |
| HH Gregg | 3234.84 |
| 1 Stop Bedrooms | 2805.07 |
| Decorum Furniture | 2655.68 |
| Invisible Fence | 2196.09 |
| Homeasapbilling.com | 2079.74 |
| Bed Bath & Beyond | 2068.6 |
| The Home Depot | 1899.89 |
| Grand Furniture | 1645.89 |
| At Home | 1414.02 |
| Cardi LLC | 1389.66 |
| Pier 1 Imports | 1208.32 |
| Home Depot | 1192.65 |
| Lowes | 1143.08 |
| Home Inspections Plus | 1000 |
| Home Emporium | 939.31 |
| Big Lots | 776.26 |
| Furniture Row | 697.92 |
| Pottery Barn | 583.48 |
| Churchland Glass | 569.26 |
| Paypal*Overstock | 543.96 |
| Landmark, Inc | 510 |
| Art Trends -Prestige | 414.94 |
| Bittersweet Designs | 396 |
| Home Emporium 1 | 310.43 |
| Williams-Sonoma | 271.03 |
| Pier 1 | 263.24 |
| Kirkland's | 263.09 |
| A Plus Affordable | 257.5 |
| Ashley Outlet | 252.26 |
| CCB, Inc | 250 |
| Michaels Store | 233.47 |
| Kirklands | 233.25 |
| Interior Design So | 225 |
| Bennetts Creek Nursery | 213.06 |

| | |
|---|---|
| Accents | 196.1 |
| Home Emporium-1 | 178.59 |
| Wayfair*Joss and Main | 172.77 |
| Humboldt Steel Corp | 154.4 |
| Scott Rug Cleaners | 150 |
| Exotic Home | 109.17 |
| SQ*Lanthorn Const | 100 |
| Sq*RDTTS Appliance | 95 |
| Repair Services Plano | 95 |
| Architectural Designs | 89.9 |
| Churchland Hardware | 71.16 |
| La-Z-Boy Furniture | 62.54 |
| Houzz Inc | 59.98 |
| Sur La Table | 52.6 |
| Square Hardware | 51.94 |
| Architectural Digest | 49.99 |
| CNP*Architectural Digest | 34.99 |
| HMD* Architectural Digest | 29.99 |
| SQ*Tidewater Buil | 20 |
| Paypal SearsHolding | 11.69 |
| Build Direct | 8.33 |
| ABX Green Bay | 5.25 |
| Bricks Distribution | 2 |
| **Grand Total** | **139368.44** |

Food and Entertainment  12/1/16-6/28/19

| Row Labels | Sum of debit amount |
|---|---|
| Kroger | 17209.83 |
| Harris Teeter | 6422.27 |
| FGTSITW | 3618 |
| Chick-Fil-A | 3006.85 |
| Spaghetti Eddie's | 2834.73 |
| Aberdeen Barn Steak House | 2732.62 |
| Texas Roadhouse | 2583.19 |
| Riverfront Swim Club | 2553 |
| Tiger Martial Arts | 2436.09 |
| AMF | 2239.97 |
| La Parrilla Mexican | 2010.13 |
| Original Folk | 1956.53 |
| TM *The Lion King | 1886.2 |
| Wendy's | 1680.01 |
| Giannas Pizzeria | 1659.13 |
| Red Robin | 1381.85 |
| Panera Bread | 1235.9 |
| Zaxby's | 1167.57 |
| Smokey Bones | 1052.62 |
| Chili's | 1012.75 |
| Bite Restaurant | 1000 |
| River Stone Chophouse | 974.8 |
| Atlas Pizza | 945.31 |
| Nana Sushi | 920.86 |
| The Egg Bistro | 893.72 |
| River Stone Chop House | 891.32 |
| Tropical Smoothie Café | 873.24 |
| Dave & Busters | 821.55 |
| Cheesecake Virginia Beach | 804.43 |
| Metro Diner | 797.45 |
| Chanellos Pizza | 783.68 |
| FuboTV | 759.83 |
| Ninja Restaurant | 739.32 |
| McDonald's | 721.67 |
| Citrus | 720.74 |
| VA ABC Store | 697.57 |
| Golden Corral | 695.87 |
| Food Lion | 668.41 |
| Hulu | 635.13 |
| Marcos Pizza | 607.95 |
| Bonefish | 594.92 |
| Darla's Seafood | 591.9 |
| Cinema Café | 589.94 |
| Vintage Tavern | 584.56 |

| | |
|---|---|
| Hampton Roads Jump | 567 |
| Gosport Tavern | 547.19 |
| Prime Video | 519.38 |
| Bojangles | 515.88 |
| The Butchers Son | 511.53 |
| Party City | 502.92 |
| Wickers Crab Pot | 499.27 |
| IHOP | 497.58 |
| Dunkin | 495.06 |
| Happy Garden | 493.44 |
| TopGolf | 489.1 |
| The Shaking Crab | 484.21 |
| BonChon Chicken | 483.2 |
| Sq *Original Folk | 479.98 |
| KFC | 458.63 |
| Arby's | 458.52 |
| Texas De Brazil | 454.2 |
| California Pizza | 449.64 |
| Decoys Seafood | 439.71 |
| Busch Gardens Food | 439.44 |
| Village Inn | 434.81 |
| Happy Garden Restaurant | 434 |
| Applebees | 416.66 |
| Brixx Wood Fired Pizza | 404.8 |
| Cali Pizza Kitch | 399.71 |
| Regal Cinemas | 394.74 |
| Chipotle | 393.65 |
| Bangkok Garden | 392.7 |
| Pizza Hut | 392.44 |
| Amazon Digital Services | 391.62 |
| Roger Browns Restaurant | 390.28 |
| Water Country | 388.89 |
| Carmine's Theatre | 382.99 |
| Burger King | 381.8 |
| Yamato Japanese Steakhouse | 373.52 |
| Grilled Cheese Bistro | 366.55 |
| Bonefish | 365.09 |
| PF Changs | 358.39 |
| TM *Kevin Hart | 350.75 |
| EB Games | 346.59 |
| Manhattan Chesapeake | 346.48 |
| Which Which | 339.76 |
| Regal Harbor View | 332.82 |
| Rainforest Café Niagara Falls | 332.13 |
| Firehouse Subs | 329.39 |
| The Broken Egg Bistro | 314.69 |
| Cheesecake Virginia | 313.08 |

| | |
|---|---|
| Carson's | 311.12 |
| TM *Monster Jam | 310.5 |
| Ninja Suffolk | 308.1 |
| Pappadeaux Seafood | 305.28 |
| TM* Universoul Circus | 284.2 |
| Mike's Italian | 282 |
| Edible Arrangements | 280.87 |
| Neyow's Creole | 273.18 |
| Croaker's Spot | 271.14 |
| Todd Jurichs Bistro | 270.4 |
| The Twisted Crab | 269.88 |
| MP Island Border Rd | 268.6 |
| Buffalo Wild Wings | 267.43 |
| Top Golf | 265.75 |
| Guys Smokehouse | 265.14 |
| L Italien Paris | 262.71 |
| Schlesingers Chop House | 258.83 |
| Mango Mangeaux | 258.21 |
| Fogo De Chao | 257.75 |
| Bar Louie | 255.86 |
| 757 Crave | 254.51 |
| Black Pelican | 248.01 |
| Sonic Drive In | 247.18 |
| Zaxby's | 241.73 |
| HudsonNews | 240.72 |
| Paradise Pizzeria | 240.41 |
| Hair of the Dog Eatery | 236.49 |
| SW Steakhouse Rest/Bar | 235.93 |
| AMF | 231.28 |
| Ninja | 223.53 |
| Pirates Cove | 219.38 |
| Cheesecake | 217.99 |
| Bon Ton W | 216.95 |
| #33 Brio Stony Point | 214.03 |
| EB Power Brunch | 213.14 |
| Memory Lane Sports | 205.63 |
| Wet Willies | 203.5 |
| Totoys Filipino | 202.5 |
| Kroger | 202.14 |
| Top Golf | 200.56 |
| VIP City Tours New Orleans | 200 |
| Sling.com | 199.92 |
| Unos Pizzeria & Grill | 199.8 |
| Maggie McFlys | 199.35 |
| Roger Brown | 199 |
| Hash House A Go Go | 193.18 |
| Mango Mangeaux | 193.13 |

| | |
|---|---:|
| Village Inn Restaurant | 191.38 |
| AMF Western Branch | 191.15 |
| Stripers Waterside | 189.19 |
| Park Café | 187.45 |
| Asian Cuisine Number One | 183.29 |
| EB 7th Annual New Year | 181.34 |
| Unos Chicago Grill | 180.77 |
| Sedona Taphouse | 180.25 |
| TM* Ticketmaster | 177.5 |
| Fandango | 175.94 |
| Uber Eats | 175.49 |
| TGIFridays | 174.19 |
| Outback | 171.49 |
| Something in the Water | 170 |
| Café Di Roma | 169.04 |
| Stripers | 167.61 |
| Red Lobster | 167.46 |
| La Parilla Mexican | 165.26 |
| Taste Unlimited | 162.65 |
| Freddy's Frozen Cu | 161.89 |
| 5 Guys | 161.79 |
| Cmon Virginia Beach | 159 |
| Panera | 158.58 |
| Old Lady Gang | 157.77 |
| Esplanade Keg | 153.86 |
| Olive Garden | 153.42 |
| Sq *Something in The Water | 153.1 |
| Roger Brown's Restaurant | 151.8 |
| Ninja | 150.65 |
| Little Caesar's | 150.63 |
| Yolks on Us | 150 |
| Smoothie King | 149.25 |
| Sweet Frog | 147.39 |
| Fuddruckers | 147.38 |
| Park Lane Tavern | 147.11 |
| Carrabbas | 146.85 |
| Cinemark Theaters | 146.31 |
| Hudson News | 145.95 |
| Oohs Ahhs Washington DC | 144.13 |
| Roundheads Pizza Pub | 139.39 |
| Cancun Fiesta Mexican Virginia Beach | 139.11 |
| Windy City Pizza | 135.63 |
| Capt Georges Seafood | 135.29 |
| Brunch House Virginia Beach | 134.14 |
| Coldstone | 132.63 |
| Royal Garden | 132.5 |
| TME*Sports Illustrated | 130.34 |

| | |
|---|---:|
| Vineyard Vines | 130.05 |
| Vitos Pizzeria | 129.31 |
| Portillos Hot Dogs | 128.87 |
| Five Star Liquor | 128.17 |
| Amazon Video on Demand | 126.79 |
| BlueSombrero6 | 125 |
| Chanello's Pizza | 124.95 |
| Absolute Bottled Water | 124.01 |
| 5Guys | 123.32 |
| Event Ticket Insurance | 122.57 |
| Atlantis Food & Bev Nassau | 122.51 |
| Pizzeria Paradiso | 120.52 |
| Pizzeria Paradise | 115.74 |
| Happy Garden | 113.91 |
| Passion The Restaurant | 113.66 |
| Uptown Alley | 111.63 |
| Bob Evans Restaurant | 109.76 |
| Skrimp Shack | 108.5 |
| Grotto Pizza | 107.74 |
| Starbucks | 107.62 |
| EB 7th Annual New ear | 107.48 |
| Eb the 4th Annual MY | 107.34 |
| Decent People Taproom | 103.66 |
| Thai Erawan Restaurant | 101.7 |
| Fandango.com | 100.18 |
| Avenue Blue | 99.94 |
| Hudson's Bay | 99.83 |
| Supper | 98.13 |
| Pinstripes | 96 |
| Busch Gardens | 95.99 |
| Chili's | 95.55 |
| Sandbar-Minskoff | 95 |
| Sushi King | 94.7 |
| Tucanos Brazilian Grill | 94.46 |
| Sals NY Pizza | 93.83 |
| Auntie Annes | 93.13 |
| Cinnabon | 91.91 |
| Carytown Burgers and Fries | 90.77 |
| Popeyes Chicken | 90.45 |
| Teavana | 89.9 |
| Harper's Table | 88.75 |
| Ritas Pizza | 86.66 |
| California Pizza Kitchen | 85.43 |
| Obryckis R&R Seafood | 83.91 |
| 21 Burgers | 82.54 |
| Super China | 81.89 |
| Uncle Remus Saucy Frie | 81.79 |

| | |
|---|---|
| Pho 79 | 81.37 |
| Philly Cheesecake | 80.87 |
| Lidl | 79.75 |
| Chipolte | 79.14 |
| Peter Chang | 78.79 |
| Peters Seafood | 78.75 |
| FM Restaurant | 78.52 |
| Noodles & Co | 77.55 |
| EB 1st Ever Facebook | 77.54 |
| Organic Food | 77.36 |
| Szechuan Palace | 76.1 |
| EB*I Am Ella | 75 |
| Sky Zone | 75 |
| University Tickets.com | 75 |
| Catch 31 | 73.88 |
| Holiday Food Store | 72.78 |
| PF Changes | 72.15 |
| Bread and Honey | 72.11 |
| Phoenix Restaurant | 72 |
| Daily Harvest | 71.91 |
| Uno Chicago Grill | 71.04 |
| Los Amigos | 70.98 |
| Cali Pizza Kitchen | 70.83 |
| Tequila Don Tadeo Puerto Vallarta | 70.66 |
| Bozzellis Italian Deli | 67.54 |
| MP Island Café | 67.22 |
| Bravo | 66.72 |
| Giordano's Pizza | 65 |
| Malnatis Taste of Chicago | 64.99 |
| Partees Mini Golf | 64.5 |
| Great Wall Chesapeake | 64.49 |
| Aramark TCCC Concession | 62.45 |
| Dames Chicken and Waffle | 61.37 |
| Chanello's | 60.41 |
| The Plaid Turnip | 59.83 |
| United Center Concession | 59.75 |
| China House | 59.75 |
| Yoolks On Us | 59.05 |
| Tix4Tonight GrandBaz Las Vegas | 59 |
| Taco Bell | 58.63 |
| Jersey Mike's | 57.38 |
| Amazon Music | 55.93 |
| Cheese in Paradise | 55.75 |
| Avenue Blue Piano | 54.15 |
| Famous Uncle Al's | 53.97 |
| Peking House | 53.72 |
| Wendy's | 53.46 |

| | |
|---|---|
| Stan's Firehouse Grill | 52.83 |
| 3 Guys Pizza Pies | 52.52 |
| Chuck E Cheese | 52.33 |
| Mandarin Express | 52.06 |
| TGIFriday | 49.92 |
| Cook Out | 49.87 |
| Bella Napoli Restaurant | 49.78 |
| Coopers Ale House | 48.79 |
| Jo Jack's Espresso Bar | 48.27 |
| Surf Club Ocean Grill | 47.91 |
| Tupelo Honey | 47.91 |
| Cheddars | 47.85 |
| Rita's Pizza | 47.83 |
| Krogers | 46.43 |
| Checkers | 46.04 |
| Sq *Ice & Vice | 44.85 |
| Eb Oh Where Oh Where | 44.18 |
| EB Famous Radio | 44.18 |
| Rita's Ice | 44 |
| Amazon Digital | 43.95 |
| Charleys Grilled Subs | 43.86 |
| Sammy Hagar Las Vegas | 43.76 |
| Jersey Mikes | 43.71 |
| Sweet Teas | 43.45 |
| Sp *Darius Cooks.co | 42.99 |
| Cinemark | 42.63 |
| Dragon City | 41.82 |
| OtRII | 40 |
| Sobe Cigars | 39.1 |
| Godiva | 38.68 |
| Georgetown Cupcakes | 38.5 |
| Paradies | 37.95 |
| Universoul Circus | 37 |
| Sq *1618 | 36.95 |
| Tamarind Norfolk | 36.7 |
| 333 Granby St Pizza | 36 |
| Coca Cola | 35.5 |
| Bobs Gun Shop | 35.41 |
| Subway | 34.79 |
| La Mie Caline | 33.52 |
| Aria Pool Bar | 33.31 |
| Green Beans Coffee | 32.86 |
| NH F&B - Marcus Samuelss | 32.34 |
| Yoyo Sushi | 31.83 |
| Chesapeake Paintball | 31.59 |
| Mission BBQ | 31.53 |
| Greenbrier Cinema | 31.43 |

| | |
|---|---|
| Forbes Candies Inc | 31.23 |
| VPC Oak Brook Pizza | 31.19 |
| Sq *Bungee Jum | 30 |
| Busch Gardens Parking | 30 |
| Giant | 29.87 |
| The Skinny Dip | 29.38 |
| Hot Wings Inc | 29.2 |
| Omar's Carriage House | 29 |
| EB Entrepreneur Fair | 28.45 |
| EB Entrepeneur | 28.45 |
| EB Tijuana Gholsons | 28.16 |
| Garrett Popcorn | 27.81 |
| Savor the Olive | 27.68 |
| Chicago Brew Pub & Car | 27.5 |
| Asian Chao | 27.28 |
| Little Caesars | 27.01 |
| Busch Gardens Gifts | 26.61 |
| Big Woody's | 26.49 |
| Charleys Philly Steaks | 26.26 |
| Great Can Bagel | 26.14 |
| Famous Uncle Als | 26.12 |
| Eb Creating a Lasting | 25 |
| TME*SI For Kids | 24.95 |
| Carolinas Diner | 24.75 |
| Big Smoke Burger | 24.24 |
| DD/BR | 23.88 |
| Just Cupcakes | 23.72 |
| Forbes Candies | 22.92 |
| Panera Bread | 22.87 |
| EB Dejaview2018 | 22.52 |
| Granby Street Pizza | 21.38 |
| Barneys Pizza Chicago | 21.32 |
| Mona Lisa Bar and Grill | 20.59 |
| Taste | 20.38 |
| Soul Circus Inc | 20 |
| Top China | 18.57 |
| Ultimate Swamp Adventure | 18 |
| O's Donuts | 17.63 |
| Jimmy Johns | 17.5 |
| Shake Shack | 17.25 |
| SQ*Espressoasis | 17.02 |
| Biscuitville | 16.62 |
| NH F&B National Market | 16.38 |
| Great AM Bagel | 15.85 |
| Nori Japan | 14.55 |
| Auntie Anne's | 13.8 |
| Arbys | 13.47 |

| | |
|---|---|
| Brioche Doree | 13.44 |
| Dulles Gourmet Market | 12.61 |
| C1 Food Hall | 12.15 |
| Roy Rogers Belle View | 11.23 |
| Popsationpopcorn | 10.94 |
| Great American Cookie | 10.51 |
| Doughnuttery | 10.5 |
| Godiva Choclatier | 10.36 |
| Emerson's Cigar | 10 |
| A & B Castilla Moro Gran | 9.67 |
| Tony and Benny's Baltimore | 9.54 |
| Reggio's | 9.47 |
| MII Sandwich Toronto | 9.41 |
| Coffee Sheba | 9.24 |
| Darlas Seafood | 9.23 |
| Mrs Fields Cookies | 8.98 |
| Amazing Glazed | 8.78 |
| Garrett Popcorn Shops | 8.64 |
| Captain Ds | 8.35 |
| A & W | 7.33 |
| AMC Center Park | 7.09 |
| Politos Pizza | 7 |
| Tropical Smoothie | 6.63 |
| CHKD Cafeteria | 6.38 |
| Chicken Fry Fry | 6.28 |
| Paragon City Center | 6.24 |
| The Fudgery | 5.29 |
| Hulu | 5.09 |
| Just Grilling Chesapeake | 4.02 |
| PepsiVending | 4 |
| Krog | 3.93 |
| Pepsi Vending | 3 |
| TME Coastal Living | 2 |
| TME Southern Living | 2 |
| TME Essence | 2 |
| TME Oprah | 2 |
| Bounce House | 1.06 |
| **Grand Total** | **129203.68** |

Clothing and Jewelry          12/1/16-06/27/19

| Row Labels | Sum of debit amount |
| --- | --- |
| Poshmark | 30167.82 |
| Walmart | 26432.15 |
| Dillards | 26165.37 |
| Neiman Marcus | 18437.68 |
| TJMaxx | 15092.63 |
| Gucci | 13241.91 |
| Shoe City | 11119.12 |
| Saks Fifth Avenue | 10048.28 |
| Louis Vuitton | 7378.58 |
| Foot Locker | 6766.64 |
| Dick's Clothing | 6603.87 |
| Jimmy Jazz | 6527.7 |
| Macy's | 6313.16 |
| Burberry LTD | 6177.07 |
| DTLR | 5505.34 |
| H&M | 5043.75 |
| Champs | 4946.44 |
| GL Haussmann | 4835.26 |
| Shoe City | 4053.95 |
| Footaction | 3840.72 |
| Kohls | 3683.95 |
| Nina Jewelers | 3316 |
| Versace USA | 3169.4 |
| www.ralphlauren.com | 3045.01 |
| Sunglass Hut | 2590.69 |
| Kids Foot Locker | 2425.2 |
| Tommy Hilfiger | 2257.26 |
| Polo/RL | 2020.86 |
| Nordstrom | 2020.56 |
| Journeys | 1953.87 |
| VANS | 1925.68 |
| Paypal *StockX | 1802.54 |
| Gucci Atlanta | 1764.18 |
| True Religion | 1738.09 |
| Nike | 1685.38 |
| Zales | 1611.18 |
| Helzberg Diamond | 1588.3 |
| Forever 21 | 1575.95 |
| Aldo | 1440.83 |
| Rue21 | 1416.08 |
| Target | 1399.02 |
| Helzberg Diamonds | 1380.03 |
| Christian Louboutin Chicago | 1378.2 |
| Victoria's Secret | 1376.05 |

| | |
|---|---:|
| Old Navy | 1334.98 |
| Paypal*Versace USA | 1325 |
| StockX | 1149.8 |
| Ross | 1130.88 |
| Adidas | 1106.12 |
| Abercrombie | 1084.35 |
| Michael Kors | 1076.04 |
| Levis Store | 998.11 |
| Specs New York | 943.4 |
| Gianni Versace | 918.18 |
| Pandora Store | 907.89 |
| Finish Line | 904.97 |
| Specs | 901 |
| Hollister | 900.5 |
| Louis Vuitton Paris | 884.75 |
| Torisoudan.com | 878.53 |
| Dolce and Gabbana | 865.56 |
| Kate Spade | 853.55 |
| Sears | 790.79 |
| Piercing Pagoda | 750.7 |
| New York & Company | 725.3 |
| Americas Best | 707.4 |
| Sq *Sole Food Kick | 680 |
| Underground by JYS | 678.86 |
| Saks.com | 657.2 |
| Ross | 656.31 |
| Versace, USA | 630.7 |
| NeimanMarcus | 625.4 |
| Converse | 625.28 |
| DSW | 575.91 |
| Cole Haan | 573.24 |
| Saks Direct | 551.2 |
| American Eagle | 528.9 |
| Asics Outlet | 526.11 |
| Burlington Store | 526 |
| Pandora | 512.79 |
| ShoeDazzle | 509.35 |
| Eastbay | 503.71 |
| 340 Helzberg Diamonds | 496.08 |
| Calvin Klein | 472.97 |
| Macys | 455.04 |
| Gap | 452.04 |
| Roses | 435.58 |
| The Sunglass S | 411.28 |
| Gap | 401.68 |
| Versace | 397.5 |
| Lucky Brand | 391 |

| | |
|---|---:|
| Burlington Stores | 382.74 |
| Abercrombie | 373.64 |
| Uniqlo NY | 373.5 |
| Burberry | 371 |
| BergdorfGoodman.com | 345 |
| SJP By Sarah Jessica Parker | 344.5 |
| J Crew | 341.84 |
| Martinique Jewelers | 340.23 |
| Torrid | 339.47 |
| The Childrens Place | 337.89 |
| Asos | 326.5 |
| The Children's Place | 325.96 |
| DRLR | 307.38 |
| Rainbow | 305.01 |
| Ann Taylor | 304.75 |
| Ralph Lauren | 298.43 |
| True Religion Brand | 294.48 |
| Coach | 289.3 |
| Zales | 288.52 |
| K & G Norfolk | 280.78 |
| JCPenney | 277.27 |
| Fashion Geek | 260 |
| Gucci Rosemont IL | 252.47 |
| Wilsons Leather | 245.09 |
| Alex and Ani Grand Bazr Las Vegas | 244.65 |
| Abercromb | 242 |
| 1st Down Sports | 238.49 |
| Zulily | 233.78 |
| Bevello | 229.28 |
| Zales Jewelers | 228.19 |
| Ziespot | 226.84 |
| The Ruby Slipper | 221.01 |
| Burberry Canada | 215.39 |
| Designer Fabrics | 212 |
| Fashion C Fash | 211.99 |
| Nike | 211 |
| Paypal* CustomKicks | 210 |
| Paypal*Kicks | 200 |
| Roger Brown | 199 |
| Lucky Brand Rosemont IL | 191.85 |
| Sp *HGC Apparel LLC | 191.74 |
| Pacsun | 190.75 |
| Lane Bryant | 185.19 |
| Reeds Jewelers | 182.26 |
| Lids | 169.28 |
| Papaya Clothing | 168.43 |
| Gabriel Bros | 156.24 |

| | |
|---|---|
| Armani Exchange | 151.49 |
| Ross Stores | 151.48 |
| America's Best | 150.28 |
| Pagoda | 149.43 |
| Paypal*Eastbay | 148.39 |
| Jimm Jazz | 148.37 |
| Saks Atlanta | 139.39 |
| Aria Men's | 138.56 |
| Etsy.com | 138 |
| Paypal*Adidas | 137.8 |
| Paypal*AdidasAmeri | 137.8 |
| Charming Charlies | 137.77 |
| Rue 21 | 133.06 |
| Walmart.com | 132.5 |
| Kay Jewelers | 131.4 |
| Revolve | 128 |
| Guess Retail | 123.98 |
| HenriBendel | 122.11 |
| Novelty Joes | 120 |
| SP*Born Fly | 120 |
| Toms.com | 110.08 |
| Citi Trends | 108.06 |
| Jhanes | 107.63 |
| Paypal *TomboyX | 105.4 |
| 1774 Footwear | 99.95 |
| Sp * HGC Apparel LLC | 96.75 |
| Pinstripes | 96 |
| Baublebar Inc Jewelry | 94.9 |
| Flygirlsboutique.com | 89.94 |
| Paypal*Aldo | 89.04 |
| HB Outlet | 89.02 |
| Now Fashion | 88.98 |
| CMTees.com | 87.96 |
| Havana Nines Store | 85.59 |
| Kids Food Locker | 79.5 |
| Finish-Line | 79.5 |
| Dick's Clo. | 79.48 |
| Lids Store | 76.15 |
| Sulily | 74.94 |
| Paypal* Esco LtD | 71.55 |
| Shirtmax | 71.46 |
| Destination XL Newport News | 70.37 |
| Shoe Dept | 68.88 |
| Loft | 68.14 |
| KBtheBrand | 65 |
| Family Dollar | 64.9 |
| Journeys Kidz | 64.79 |

| | |
|---|---|
| Getonfleekapparel | 63.09 |
| Saks | 61.07 |
| Plank Eyewear | 60 |
| Off Broadway Shoes | 59.35 |
| Barneys Chicago | 59.21 |
| J Crew Factory Store | 55.86 |
| Kmart | 52.99 |
| TeeSpring.com | 51.24 |
| Hot Topic | 50 |
| Dollar Tree | 48.64 |
| Paypal*Zulily | 46.94 |
| Francesca's | 46.64 |
| Justice | 45.89 |
| Love Culture | 43.43 |
| Paypal *TheGldKingz | 39.99 |
| Jostens Inc | 39.96 |
| Sports Zone | 37.05 |
| Abercrombie & Fitch | 37 |
| Claire's | 33.91 |
| Dzeetee.com Order | 32.94 |
| Paypal*Lulu | 30 |
| JEMS | 29.03 |
| Tshirt World | 26.5 |
| Eddie Bauer | 23.85 |
| Int Mr Boxer | 23.82 |
| Sq* Monaco Jeweler | 22.51 |
| Bijoux Bonne | 17.95 |
| Dollar General | 12.19 |
| SP*Apparel Trap | 10.49 |
| **Grand Total** | **320224.1** |

Assets

| | | | |
|---|---|---|---|
| Birds and Bourbon | Evicted | | |
| House in Suffolk | 101 Watch Harbor Court | 645,000 | Loan - 445050 |
| House in Newport News | 15 Warren Dr, Newport News, VA 23608 | | |
| Cars | | | |
| Synergy Health | Defunct/Evicted | | |
| Camp Loud | Defunct/Evicted | | |
| Brewery | Defunct/Evicted | | |
| Group Home in Gloucester | Defunct/Evicted | | |

| | | | | |
|---|---|---|---|---|
| Jeep Cherokee | 2015 | | | |
| Jeep Cherokee | 2015 | | | |
| Volkswagen Passat | 2016 | | Simeon U Guyton | |
| Porche Cayenne | | | Zyana Guyton | |
| Mercedes Benz SUV | 2007 | | Ymani L Guyton | |
| Lincoln SUV | 2001 | Sold | Keyon Guyton | Go-cart |
| BMW | 2002 | | | |
| Dodge SUV | 2014 | Sold | | |