UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

UNITED STATES OF AMERICA

v.                                                                                Case No. 2:23-cr-35

WHITTENEY GUYTON,

      Defendant.

## **NOTICE OF APPEAL**

NOTICE is hereby given that Whitteney Guyton, defendant in the above-named case, hereby appeals to the United States Court of Appeals for the Fourth Circuit from the Amended Judgment Order entered on March 28, 2025. *See* ECF No. 71.

                                                  Respectfully submitted,

                                                  WHITTENEY GUYTON

                           By_____/s/_____
                               Keith Loren Kimball
                               Virginia State Bar No. 31046
                               Supervisory Assistant Federal Public Defender
                               Attorney for Whitteney Guyton
                               Office of the Federal Public Defender
                               500 E. Main Street, Suite 500
                               Norfolk, Virginia 23510
                               Telephone: 757-457-0800
                               Facsimile: 757- 457-0880
                               Email: keith_kimball@fd.org

CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of April, 2025, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record.

And I hereby certify that I will mail this notice of appeal to the following non-filing user:

Ms. Whitteney Guyton
Western Tidewater Regional Jail
2402 Godwin Blvd.
Suffolk, Virginia 23434

_____/s/_____
Keith Loren Kimball
Virginia State Bar No. 31046
Supervisory Assistant Federal Public Defender
Attorney for Whitteney Guyton
Office of the Federal Public Defender
500 E. Main Street, Suite 500
Norfolk, Virginia 23510
Telephone: 757-457-0800
Facsimile: 757- 457-0880
Email: keith_kimball@fd.org